AO 10
Rev 1/2010

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Whitney, Frank D. | District Court - WDNC | 5/10/2010 |

| 4. Title (Article III judges indicate active or senior status, magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge - Active | ☐ Nomination, Date <br> ☐ Initial ☑ Annual ☐ Final <br><br> 5b. ☐ Amended Report | 01/01/2009 to 12/31/2009 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| Charles R. Jonas Federal Bldg <br> 401 W. Trade St, Room 195 <br> Charlotte, NC 28202 | Reviewing Officer_____ Date____ _____ |

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions )*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1 | Member | Whitney Properties LLC |
| 2 | Power of Attorney | [redacted] |
| 3 | Trustee | Trust #1 |
| 4 | Administrator | Estate #1 |
| 5 | Director | Festival in the Park, Inc (IRC § 501(c)(3)) |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements )*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

DISCLOSURE OFFICE
2010 MAY 11 A 10: 27
RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| Whitney, Frank D. | 5/10/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income )*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria )*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1 | 2009 | Self-employed kitchen designer |
| 2 | 2009 | South End Kitchens LLC - salary |
| 3. | | |
| 4 | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children, see pp 25-27 of filing instructions )*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1 | | | | | |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whitney, Frank D. | 5/10/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts )*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1 | Bank of America | Loan on Rental Property #1, Davidson, NC (Part VII, Line 1) | M |
| 2 | Bank of America | Loan on Rental Property #1, Sunset Beach, NC (Part VII, Line 3) | N |
| 3 | Heirs of Joe B Spivey and Leola F. Spivey | Loan on Rental Property #2 & #3, Sunset Beach, NC (Part VII, Lines 4 & 5)) | None |
| 4 | | | |
| 5 | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whitney, Frank D. | 5/10/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1 Rental Property #1, Davidson, NC | D | Rent | N | W | | | | | |
| 2 Whitney Properties, LLC· | | None | O | W | | | | | |
| 3 - Rental Property #1, Sunset Beach, NC | E | Rent | P1 | W | | | | | |
| 4 - Rental Propety #2, Sunset Beach, NC | E | Rent | O | W | | | | | |
| 5 - Rental Property #3, Sunset Beach, NC | E | Rent | O | W | | | | | |
| 6 - Bank of America business accounts (Whitney Prop LLC) | A | Interest | K | T | | | | | |
| 7 Carolina Panthers Permanent Seat License | | None | J | W | | | | | |
| 8 Co-author book, Lexis-Nexis, Newark, NJ (no inc since2002) | | None | J | W | | | | | |
| 9. Banc of Amerca Investment Security Money Manager Account | A | Interest | J | T | | | | | |
| 10 Bank of America savings/checking accts -inc▓▓▓▓▓ ▓▓▓ | A | Interest | | | Closed | 03/27/09 | J | | |
| 11 Belk Corp Common Stock, Charlotte, NC· | A | Dividend | J | T | | | | | |
| 12 BB&T Equty Index Fund | B | Dividend | K | T | | | | | |
| 13 BB&T Prime Fund | A | Interest | J | T | | | | | |
| 14. United Parcel Service Class B | A | Dividend | J | T | | | | | |
| 15. Fidelity Dividend Growth | A | Dividend | K | T | | | | | |
| 16 Standard & Poors DEP RCPTS (SPY) | D | Dividend | M | T | | | | | |
| 17 US Payroll Savings Bonds | | None | J | T | | | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whitney, Frank D. | 5/10/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.  Promissory Note Payable from Paul Citron | | None | | | Closed | 12/31/09 | J | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whitney, Frank D. | 5/10/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

I.       6. Judicial Representative to Board    Legal Services of Southern Piedmont, Inc (IRC § 501(c)(3))
     7  Council Member & Treasurer          Government and Public Sector Section of the North Carolina Bar Association
     8  Advisory Member      North Carolina State Bar Ethics Committee
     9  Committee Member      Student Affairs Committee, UNC School of Law
     10  Board Member      May 20th Society (IRC § 501(c)(3))

VII.    Investments and Trusts Continued

| | A | B1 | B2 | C1 | C2 | D1 | D2 | D3 | D4 |
|---|---|---|---|---|---|---|---|---|---|
| 19 | Trust #1. | | | | | | | | |
| 20 | - Standard & Poors DEP RCPTS (SPY) | A | Dividend | L | T | | | | |
| 21 | Bank of America Power of Attorney | A | None | J | T | Closed | 7/20/09 | J | |
| | Fiduciary Checking Account | | | | | | | | |
| | ▓▓▓▓▓▓ | Pension | | | | | | | |
| 22 | Estate #1 | | ▓▓▓▓▓ passed away 03/09; became administrator 3/23/09 | | | | | | |
| 23 | - Bank of America Estate Checking Acc | A | None | D | T | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whitney, Frank D. | 5/10/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to·

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N E.
Washington, D.C. 20544